UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATASHA KING-BAILEY,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:15-cv-2024 CKD<br><br><br><br>ORDER |

The administrative transcript in this action was filed January 19, 2016. Under the scheduling order filed September 29, 2015, plaintiff was directed to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. That time has now expired and plaintiff has failed to comply with the court's scheduling order.

By order filed April 1, 2016, plaintiff was ordered to show cause within fourteen days why this action should not be dismissed for lack of prosecution. Plaintiff has filed a response and has requested additional time to file a motion for summary judgment.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a motion for summary

2 judgment no later than May 31, 2016.  No further extensions of time will be granted to plaintiff.

3 Dated: April 19, 2016

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

4 king-bailey2024.ss.eot